**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                   TELEPHONE (334) 954-3600

November 8, 2022

## NOTICE OF DOCKETING ERROR

**From:  Clerk's Office**

**To:    ALL COUNSEL OF RECORD**

**Case Style:   Nettles v. Hurst et al**

**Case Number:   2:20-cv-00174-WKW-KFP**

**Docket Entry Number:   96**

**The above referenced ORDER was filed in the wrong case on 11/8/2022.  This order is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**